UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:08-CR-249-BLW |
| v. | MEMORANDUM DECISION AND ORDER |
| RICHARD ZARANEK, | |
| Defendant. | |

## INTRODUCTION

The Court has before it a request to modify a Writ of Garnishment entitled "Letter Request." The request is fully briefed and at issue. For the reasons explained below, the Court will deny the request.

## ANALYSIS

The defendant pled guilty to embezzlement and money laundering in the U.S. District Court for the Eastern District of Michigan. That Court imposed a Judgment that included restitution of $500,000 with interest, pursuant to agreement. *See Judgment (Dkt. No. 1)*. A Writ of Garnishment was issued following a challenge by the defendant, and the Court ruled that 25% of his pension would be subject to garnishment to repay the victims of his embezzlement. This garnishment is ongoing.

The U.S. District Court for the Eastern District of Michigan transferred jurisdiction to this Court on August 2008. On March 14, 2018, the Court issued a Writ of Continuing Garnishment. The defendant responded with a letter asking the Court to (1)

**Memorandum Decision & Order – page 1**

"be sensitive to the tax liability I will incur and order a seizure or garnishment plan that shelters me from the full effect of the IRS tax impact." and (2) "waive the interest on the restitution order."

In this case, the Order of Restitution and the Writs were imposed based on a plea agreement with representation by counsel and due process of law. This "limits the scope of any restitution garnishment hearing to the probable validity of an exemption and the Government's compliance with the statutory requirements for the garnishment process." *U.S. v. Graham,* 2018 WL 1278188 at *2 (D.Id. 2018). The defendant does not identify any specific exemption, and he does not challenge compliance with the statutory requirement for issuance of the post-judgment remedy.

The defendant claims that he was told by the Judge and Prosecutor in Michigan that they might waive interest if he made payments. But the defendant does not present any transcript showing such an agreement – or any evidence whatsoever – and the original Order from the District Judge in Michigan says nothing about a waiver of interest. *See Order (Dkt. No. 20-1).*

For these reasons, the Court will deny defendant's "Letter Request."

## ORDER

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the "Letter Request" (docket no. 19) is DENIED.

 DATED: April 23, 2019

_____
B. Lynn Winmill
U.S. District Court Judge

**Memorandum Decision & Order – page 3**